## FURRY v
## AKRON & BARBERTON BELT RD CO

Ohio Appeals, 9th Dist, Summit Co

No 2638.  Decided Feb 19, 1936

Yetta Land, Cleveland, and Ferbstein & Sicherman, Akron, for plaintiff in error.

Waters, Andress, Wise, Roetzel & Maxon, Akron, for defendant in error.

## OPINION

By STEVENS, J.

It seems to this court that the case of the **D., T. & I. Rd. Co. v Rohrs, 114 Oh St 493**, is entirely dispositive of the situation here presented, and that reasonable minds could reasonably reach but one conclusion from the evidence, to-wit, that "there is no doubt that had she looked she must have seen the danger, that was immediately at hand, in time to have avoided the injury."

It follows that we are of the opinion the trial court was correct in directing a ver-

dict for defendant; and the judgment of that court will accordingly be affirmed.

Judgment affirmed.

FUNK, PJ, and WASHBURN, J, concur in judgment.